RODGER R. COLE (CSB No. 178865)
rcole@fenwick.com
MOLLY R. MELCHER (CSB No. 272950)
mmelcher@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

TYLER G. NEWBY (CSB No. 205790)
tnewby@fenwick.com
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Defendant
Carrier IQ, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JENNIFER SUE PATRICK, an individual and SCOTT LEWIS, an individual on Behalf of Themselves and for the Benefit of All with the Common or General Interest, Any Persons Injured, and All Others Similarly Situated,

Plaintiffs,

v.

CARRIER IQ, INC., a Delaware corporation and Does 1 to 100, inclusive,

Defendants.

Case No.: 11-CV-05842-EJD

**STIPULATION RE CONTINUANCE OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

WHEREAS the above-referenced plaintiffs filed the above-captioned case;

WHEREAS the above-referenced plaintiffs allege violations of the Federal Wiretap Act and other laws by the defendants in this case;

WHEREAS over 50 other complaints have been filed to-date in federal district courts throughout the United States by plaintiffs purporting to bring class actions on behalf of cellular



FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

telephone and other device users on whose devices software made by defendant Carrier IQ, Inc. is or has been embedded (collectively, including the above-captioned matter, the "CIQ cases");

WHEREAS, a motion is pending before the Judicial Panel on Multidistrict Litigation to transfer the CIQ cases to this jurisdiction for coordinated and consolidated pretrial proceedings pursuant to 28 U.S.C. Sec. 1407, responses to the motion supporting coordination or consolidation have been filed, and plaintiffs and defendants anticipate that additional responses will be filed;

WHEREAS plaintiffs anticipate the possibility of one or more consolidated amended complaints in the CIQ cases;

WHEREAS plaintiffs and defendant Carrier IQ have agreed that an orderly schedule for any response to the pleadings in the CIQ cases would be more efficient for the parties and for the Court;

WHEREAS plaintiffs agree that the deadline for defendant Carrier IQ to answer, move, or otherwise respond to their complaint shall be extended until the earliest of the following dates: (1) forty-five days after the filing of a consolidated amended complaint in the CIQ cases; or (2) forty-five days after plaintiffs provide written notice to defendants that plaintiffs do not intend to file a consolidated amended complaint; or (3) as otherwise ordered by this Court or the MDL transferee court; *provided*, however, that in the event that Carrier IQ should agree to an earlier response date or if otherwise required to respond at an earlier date in any of these cases, Carrier IQ will respond to the complaint in the above-captioned action on that earlier date;

WHEREAS plaintiffs further agree that this extension is available, without further stipulation with counsel for plaintiffs, to all named defendants who notify plaintiffs in writing of their intention to join this Stipulation;

WHEREAS this Stipulation does not constitute a waiver by Carrier IQ of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process or service of process;

WHEREAS, with respect to any defendant joining the Stipulation, this Stipulation does not constitute a waiver of any defense, including but not limited to the defenses of lack of

personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process, or service of process; and

WHEREAS, plaintiffs and defendant Carrier IQ, as well as any defendant joining this Stipulation, agree that preservation of evidence in the CIQ cases is vital, that defendants have received litigation hold letters, that they are complying with and will continue to comply with all of their evidence preservation obligations under governing law, and that that the delay brought about by this Stipulation should not result in the loss of any evidence,

Now, therefore, pursuant to Civil Local Rule 7-12, plaintiffs in the above-referenced case and defendant Carrier IQ, by and through their respective counsel of record, hereby stipulate as follows:

1. The deadline for Carrier IQ to answer, move, or otherwise respond to plaintiffs' complaint shall be extended until the earliest of the following dates: forty-five days after the filing of a consolidated amended complaint in these cases; or forty-five days after plaintiffs provide written notice to defendant Carrier IQ that plaintiffs do not intend to file a Consolidated Amended Complaint; or as otherwise ordered by this Court or the MDL transferee court; *provided*, however, that in the event that Carrier IQ should agree to an earlier response date or if otherwise required to respond at an earlier date in any of these cases, except by court order specifying a different sequence of responsive pleading, Carrier IQ will respond to the complaint in the above-captioned case on that earlier date.

2. This extension is available, without further stipulation with counsel for plaintiffs, to all named defendants who notify plaintiffs in writing of their intention to join this Stipulation;

3. This Stipulation does not constitute a waiver by Carrier IQ or any other named defendant joining the Stipulation of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process, or service of process.

4. As a condition of entry into this Stipulation, defendant Carrier IQ and any other defendant(s) joining this Stipulation, and the plaintiffs, agree that they are complying with and will continue to comply with all evidentiary preservation obligations under governing law.

IT IS SO STIPULATED.

DATED: December 23, 2011

ROTHKEN LAW FIRM

By /s/ Ira P. Rothken

Ira P. Rothken (160029)
ira@techfirm.com
Jared R. Smith (130343)
jared@techfirm.com
ROTHKEN LAW FIRM
3 Hamilton Landing, Suite 280
Novato, CA 94949
Telephone: (415) 924-4250
Facsimile: (415) 924-2905

JOHN R. PARKER (257761)
jparker@kcrlegal.com
KERSHAW, CUTTER & RATINOFF, LLP
401 Watt Avenue
Sacramento, CA 95864
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

*Attorneys for Plaintiffs*

FENWICK & WEST LLP

By /s/ Tyler G. Newby

TYLER G. NEWBY (CSB No. 205790)
555 California Street, 12th Floor
San Francisco, CA 94104
Ph: (415) 875-2300
Fax: (415) 281-1350
tnewby@fenwick.com

RODGER R. COLE (CSB No. 178865)
MOLLY R. MELCHER (CSB No. 272950)
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Ph: (650) 988-8500
Fax: (650) 938-5200
rcole@fenwick.com

*Attorneys for Defendant Carrier IQ, Inc.*

**[PROPOSED] ORDER**

Pursuant to stipulation, it is SO ORDERED.

Dated: December 28, 2011

Honorable Edward J. Davila
United States District Judge

**CERTIFICATION**

I, Tyler G. Newby, am the ECF User whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT.** In compliance with General Order 45.X.B, I hereby attest that Ira Rothken has concurred in this filing.

DATED: December 23, 2011 By /s/ Tyler G. Newby

TYLER G. NEWBY (CSB No. 205790)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Ph: (415) 875-2300
Fax: (415) 281-1350
tnewby@fenwick.com

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW