RODGER R. COLE (CSB No. 178865)
rcole@fenwick.com
MOLLY R. MELCHER (CSB No. 272950)
mmelcher@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

TYLER G. NEWBY (CSB No. 205790)
tnewby@fenwick.com
JENNIFER J. JOHNSON (CSB No. 252897)
jjjohnson@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Defendant
CARRIER IQ, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JENNIFER SUE PATRICK, an individual and SCOTT LEWIS, an individual on Behalf of Themselves and for the Benefit of All with the Common or General Interest, Any Persons Injured, and All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>CARRIER IQ, INC., a Delaware corporation and Does 1 to 100, inclusive,<br><br>    Defendants. | Case No.: 3:11-cv-05842-EMC<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR CONTINUANCE** |

Pursuant to stipulation, it is HEREBY ORDERED:

1. The Initial Case Management Conference and all associated deadlines, and the date set for ADR certification and selection are continued until further order from this Court.

2. This Stipulation does not constitute a waiver by Carrier IQ of any defense,

including but not limited to the defenses of lack of personal jurisdiction, lack of subject matter jurisdiction, improper venue, sufficiency of process, or service of process.

Dated: 4/24/12



Honorable Edward M. Chen
United States District Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW